1544

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 2:25-cr-86 |
| | ) | |
| v. | ) | (18 U.S.C. §§ 2315 and 2) |
| | ) | |
| LUIS ALFONSO BISONO RODRIGUEZ | ) | |

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about the October 18, 2024, in the Western District of Pennsylvania, the defendant, LUIS ALFONSO BISONO RODRIGUEZ, did unlawfully receive money of a value of $5,000 or more that crossed the state boundary between the Commonwealth of Pennsylvania and the State of Ohio, after being stolen, unlawfully converted and taken, knowing the same to have been stolen, unlawfully converted, and taken.

In violation of Title 18, United States Code, Sections 2315 and 2.

FILED

MAR 25 2025

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

## COUNT TWO

The grand jury further charges:

On or about the November 20, 2024, in the Western District of Pennsylvania, the defendant, LUIS ALFONSO BISONO RODRIGUEZ, did unlawfully receive money of a value of $5,000 or more that crossed the state boundary between the Commonwealth of Pennsylvania and the State of Ohio, after being stolen, unlawfully converted and taken, knowing the same to have been stolen, unlawfully converted, and taken.

In violation of Title 18, United States Code, Sections 2315 and 2.

## COUNT THREE

The grand jury further charges:

On or about the December 10, 2024, in the Western District of Pennsylvania, the defendant, LUIS ALFONSO BISONO RODRIGUEZ, did unlawfully receive money of a value of $5,000 or more that crossed the state boundary between the Commonwealth of Pennsylvania and the State of Ohio, after being stolen, unlawfully converted and taken, knowing the same to have been stolen, unlawfully converted, and taken.

In violation of Title 18, United States Code, Sections 2315 and 2.

## COUNT FOUR

The grand jury further charges:

On or about the December 12, 2024, in the Western District of Pennsylvania, the defendant, LUIS ALFONSO BISONO RODRIGUEZ, did unlawfully receive money of a value of $5,000 or more that crossed the state boundary between the Commonwealth of Pennsylvania and the State of Ohio, after being stolen, unlawfully converted and taken, knowing the same to have been stolen, unlawfully converted, and taken.

In violation of Title 18, United States Code, Sections 2315 and 2.

## COUNT FIVE

The grand jury further charges:

On or about the January 14, 2025, in the Western District of Pennsylvania, the defendant, LUIS ALFONSO BISONO RODRIGUEZ, did unlawfully receive money of a value of $5,000 or more that crossed the state boundary between the Commonwealth of Pennsylvania and the State of Ohio, after being stolen, unlawfully converted and taken, knowing the same to have been stolen, unlawfully converted, and taken.

In violation of Title 18, United States Code, Sections 2315 and 2.

## **FORFEITURE ALLEGATIONS**

The United States hereby gives notice to the defendant charged in Counts One through Five that, upon his conviction of any such offenses, the government will seek forfeiture in accordance with Title 18, United States Code, Sections 981(a)(1)(C), 1957(a)(7)(A) and 1961(1) and Title 28, United States Code, Section 2461(c), which require any person convicted of such offenses to forfeit any property constituting or derived from proceeds obtained directly or indirectly as a result of such offenses, including, but not limited to, the following described property:

- approximately $11,375 in United States currency seized by law enforcement from the defendant's residence on March 21, 2025;

- All United States currency, funds or other monetary instruments credited to account number 350062090336 in the name of LUIS A. BISONO, located at Key Bank, 4900 Tiedeman Road, Brooklyn, OH 44144;

- All United States currency, funds or other monetary instruments credited to account number 350063051386 in the name of LUIS A. BISONO, located at Key Bank, 4900 Tiedeman Road, Brooklyn, OH 44144;

- All United States currency, funds or other monetary instruments credited to account number 358622476820 in the name of LUIS A. BISONO, located at Key Bank, 4900 Tiedeman Road, Brooklyn, OH 44144; and

- a sum of money equal to $51,000 in United States currency, representing the amount of proceeds obtained as a result of the offenses charged in Counts One through Five of the Indictment.

A True Bill,

*[signature]*
FOREPERSON

*[signature]*
TROY RIVETTI
Acting United States Attorney
PA ID No. 56816

*[signature]*
BRENDAN T. CONWAY
Assistant United States Attorney
PA ID No. 78726