# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Criminal No. 2:25-mj-455 |
| | ) | |
| LUIS ALFONSO BISONO RODRIGUEZ | ) | |

## WAIVER OF DETENTION HEARING

I understand that I have the right to a detention hearing in connection with the federal charges that have been brought against me.

I hereby waive my right to a detention hearing at this time reserving the right to request a detention hearing at a later date.

_____
SIGNATURE OF DEFENDANT

DATE: 3/25/25

_____
COUNSEL FOR DEFENDANT

## ORDER OF DETENTION

**AND NOW**, this 25th day of March, 2025,

**IT IS HEREBY ORDERED** that the government's request for detention is **GRANTED** without prejudice. Defendant may request a hearing on the government's request for detention at any time, and one will be scheduled.

_____
Kezia O. L. Taylor
United States Magistrate Judge