# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
# CLERK OF COURT

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                                 Case No.: 2:25−cr−00086−NBF

                                                       Judge Nora Barry Fischer

LUIS ALFONSO BISONO RODRIGUEZ

                      Defendant.

## NOTICE OF ARRAIGNMENT

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

    NOTICE OF ARRAIGNMENT as to *LUIS ALFONSO BISONO RODRIGUEZ*. Arraignment set for 4/1/2025 at 11:00 AM in Courtroom 9A before Magistrate Judge Patricia L. Dodge. (sms)

Joseph F. Weis, Jr. U. S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

March 26, 2025

                                                s/ Brandy S. Lonchena, Clerk
                                                s/ Sarah Sewall, Deputy Clerk

NOTICE: YOU ARE HEREBY NOTIFIED THAT PRIOR AUTHORIZATION SHOULD BE OBTAINED FROM THE COURT FOR INVESTIGATIVE, EXPERT OR OTHER SERVICES PURSUANT TO THE CRIMINAL JUSTICE ACT, 18 U.S.C. SECTION 3006(E)(2) AND AUTHORIZATION MUST BE OBTAINED IF THE SERVICES WILL EXCEED THE STATUTORY MAXIMUM.